**Electronically Filed
Supreme Court
SCWC-16-0000403
30-JAN-2020
04:38 PM**

SCWC-16-0000403

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

AUKUSITINO ATONIO,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000403; 1PC151000849)

ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Aukusitino Atonio's application for writ of certiorari, filed on December 13, 2019, is deemed rejected as of January 29, 2020, because an order accepting the application was not filed within thirty days. See HRS § 602-59(c).

DATED: Honolulu, Hawaiʻi, January 30, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

